IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER DESCHAMP, on behalf of herself and others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>PROFICIO MORTGAGE VENTURES, LLC,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 4:13-cv-1054-JAR<br><br>JURY DEMANDED |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Jennifer Deschamp, and for her Notice of Settlement states:

1. The remaining parties agreed to an individual settlement in the above-captioned matter.

2. Plaintiff anticipates that the necessary Releases and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before February 19, 2014.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and allowing the parties an extension up to and including February 19, 2014 in which to file a Notice of Dismissal after the Settlement is affected.

HEALEY LAW, LLC

/s/ Robert T. Healey
Robert T. Healey      EDMO # 34138MO
Attorney at Law
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Email:       bob@healeylawllc.com
Telephone:  (636) 536-5175
Fax:         (636) 590-2882
Co-counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 19th day of December, 2013 upon all counsel of record.

/s/ Robert T. Healey
Robert T. Healey